IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JENNIFER LAMBEIN,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-07312

Judge Andrea R. Wood

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 6 | Calaremily |
| 43 | SHIYIBOS |
| 65 | ZJ-ART |
| 91 | JBGJWL |
| 97 | miyada |
| 122 | shaoshandian78 |
| 129 | MaiYiYi |
| 138 | wangjiefeimaoshangwen |
| 146 | googoodboy |
| 148 | YoYos |
| 149 | Jersi |
| 154 | putianshichengxiangquguoxiubaihuoshanghang |
| 165 | FIYO ART SHOP |
| 173 | Charmmm |
| 183 | ZYFANGER |
| 185 | DecorVista |

DATED: October 11, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 11, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                       */s/ Keith A. Vogt*
                                       Keith A. Vogt